IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DINGO MOBILE, INC., <br>     Plaintiff, <br> v. <br> GOGOCAST, INC., DAVID R. PAOLO, <br> AND GREG ARGYLE, <br>     Defendants. <br><br> GOGOCAST, INC. <br>     Counter-Plaintiff <br> v. <br> DINGO MOBILE, INC., <br>     Counter-Defendant | C.A. No 13-CV-753-M-PAS |

**AGREED ORDER OF DISMISSAL**

The parties hereby agree as follows:

1. Plaintiff agrees to dismiss Counts I, II, III and VI of Plaintiff's First Amended Complaint with prejudice as to all Defendants and without costs;
2. Plaintiff agrees to dismiss Counts IV and V of Plaintiff's First Amended Complaint without prejudice as to Defendant GoGoCast Inc. and without costs;
3. Defendants' Counterclaim is dismissed with prejudice in its entirety and without costs.
4. The matter may be terminated in its entirety as all claims by and between all parties are dismissed with or without prejudice as set forth above.
5. The parties shall further bear their own fees and other costs of suit.

Dated: February 7, 2014
Approved:

By: /s/ William M. Gantz
    *Attorney for Plaintiff Dingo Mobile, Inc.*
    William M. Gantz (RI#8792)
    Dentons US LLP
    101 Federal Street, Suite 2750
    Boston, MA 02110
    (617) 235-6816
    (617)235-6899 (Facsimile)
    bill.gantz@dentons.com

By: /s/ Sean T. O'Leary
    *Attorney for Defendants*
    Sean T. O'Leary (#6035)
    O'Leary Law Associates
    4060 Post Road
    Warwick, Rhode Island 02886
    (401) 615-8584
    (401) 884-5302 (Facsimile)
    sto@oleary-law.net

SO ORDERED

/s/ John J. McConnell, Jr.
John J. McConnell, Jr.
United States District Judge
Dated: February 10, 2014